**The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.**

# ExHIBIT

# A

Attachment #1

Original Death Certificate

LF 185

CF

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH

**CERTIFICATE OF DEATH**

STATE FILE NUMBER
**1367508**

| 1 DECEDENT'S NAME (First, Middle, Last) | | | | | | 2 SEX | 3 DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|---|---|
| Deborah | Kay | Boothby | | | | Female | April 26, 1998 |

| 4a AGE - Last Birthday (Years) | 4b UNDER 1 YEAR | | 4c UNDER 1 DAY | | 5 DATE OF BIRTH (Month, Day, Year) | 6 COUNTY OF DEATH |
|---|---|---|---|---|---|---|
| | MONTHS | DAYS | HOURS | MINUTES | June 18, 1963 | Van Buren |
| 34 | | | | | | |

| 7a. LOCATION OF DEATH (Enter place officially pronounced dead in 7a, 7b, 7c.) HOSPITAL OR OTHER INSTITUTION - Name (if not in either, give street and number) | 7b IF HOSP OR INST Inpatient, On/Emer 'Room, DOA (Specify) | 7c. CITY, VILLAGE, OR TOWNSHIP OF DEATH |
|---|---|---|
| South Haven Community Hospital | Emergency Room | City of South Haven |

| 8 SOCIAL SECURITY NUMBER | 9a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | 9b KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 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 | Assistant Manager | Rent Way |

| 10a. CURRENT RESIDENCE - STATE | 10b COUNTY | 10c. LOCALITY (Check one box and specify) | 10d STREET AND NUMBER |
|---|---|---|---|
| Michigan | Van Buren | ☐ INSIDE CITY OR VILLAGE OF  ☒ TWP OF South Haven | 17442 Blue Star Hwy. |

| 10e ZIP CODE | 11 BIRTHPLACE (City and State or Foreign Country) | 12 MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) | 13 SURVIVING SPOUSE (If wife, give name before first married) | 14 WAS DECEDENT EVER IN U.S. ARMED FORCES (Specify Yes or No) |
|---|---|---|---|---|
| 49090 | South Haven, Michigan | Divorced | | No |

| 15. ANCESTRY – Mexican, Puerto Rican, Cuban, Central or South American, Chicano, other Hispanic, Afro-American, Arab, English, French, Finnish, etc. (Specify below) | 16 RACE – American Indian, Black, White, etc. If Asian, give nationality i.e. Chinese, Filipino, Asian Indian, etc. (Specify below) | 17. DECEDENT'S EDUCATION (Specify only highest grade completed) | |
|---|---|---|---|
| German/Scotish | White | Elementary/Secondary (0-12) | College (1-4 or 5+) |
| | | | 2 |

| 18 FATHER'S NAME (First, Middle, Last) | 19 MOTHER'S NAME (First, Middle, Surname before first married) |
|---|---|
| David Carl Boothby | Marie Henry |

| 20a INFORMANT'S NAME (Type/Print) | 20b MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, ZIP Code) |
|---|---|
| Marie Atwood | 09169 57th Street, Grand Junction, Michigan 49056 |

| 21. METHOD OF DISPOSITION – Burial, Cremation, Removal, Donation, Other (specify) | 22a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other place) | 22b. LOCATION – City or Village, State |
|---|---|---|
| Burial | Lake View Cemetery | South Haven, MI |

| 23. SIGNATURE OF FUNERAL SERVICE LICENSEE | 24 LICENSE NUMBER (of Licensee) | 25. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| Jeffrey P. Filliardt | 6279 | Calvin Starks Frost 365 Center, South Haven, MI, 49090 |

**26. PART I.** Enter the diseases, injuries, or complications that caused the death. Do **NOT** enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

| | | |
|---|---|---|
| IMMEDIATE CAUSE (First disease or condition resulting in death) → | a. Multiple Blunt Trauma - to chest primarily DUE TO (OR AS A CONSEQUENCE OF). | minut |
| Sequentially list conditions, IF ANY, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. DUE TO (OR AS A CONSEQUENCE OF) | |
| | c. DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | |

PART II Other significant conditions contributing to death but not resulting in the underlying cause given in Part I

| 27a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 27b. WERE AUTOPSY FINDINGS AVAILABLE. PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|
| yes | yes |

| 28. ACTUAL PLACE OF DEATH (Home, Nursing Home, Hospital, Ambulance) (Specify) | 29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Specify Yes or No) | 31a (Check one only) | ☐ The case reviewed and determined not to be a medical examiner ☒ On the basis of examination and of investigation, in my opinion death at the time, date and place and due to the cause(s) and manner |
|---|---|---|---|
| hospital | yes | | |

30a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.

| CERTIFYING PHYSICIAN | | |
|---|---|---|
| (Signature and Title) ▶ | 30c. TIME OF DEATH M | |
| 30b. DATE SIGNED (Mo., Day, Yr.) | | |
| 30d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | | |

| MEDICAL EXAMINER | (Signature and Title) ▶ R. P. A. Miller | 31c CASE NUMBER |
|---|---|---|
| | 31b. DATE SIGNED (Mo., Day, Yr.) May 5, 1998 | |
| | 31d. PRONOUNCED DEAD (Mo., Day, Yr.) ON April 26, 1998 | 31e TIME OF DEATH 3:16 |
| | | 32b. LICENSE NUMBER 020780 |

32a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 26) (Type or Print)

Dr. David Millard, 32345 56th Avenue, P.O. Box 204, Paw Paw MI 49079

| 33a. ACC. SUICIDE, HOM., NATURAL OR PENDING INVEST. (Specify) | 33b. DATE OF INJURY (Mo., Day, Yr.) | 33c. TIME OF INJURY | 33d DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| Accident | April 26, 1998 | 2:24 AM | Pedestrian struck by automobile |

| 33e. INJURY AT WORK (Specify Yes or No) | 33f. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) | 33g. LOCATION – Street or RFD No | City, Village or Twp |
|---|---|---|---|
| No | highway | 31000 Block Blue Star Hwy. Covert T |

| 34b. DATE FILED (Month, Day, Year) |
|---|
| |