The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# EXHIBIT B

Attachment #2

2 nd Death Certificate

TYPE/PRINT IN PERMANENT BLACK INK

LF — 185
CF

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**
AMENDED August 6, 2009

STATE FILE NUMBER
090043424
5373

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. SEX | 4. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| Deborah Kay Boothby | June 18, 1963 | Female | April 26, 1998 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS (Include AKA's if any) | 6a. AGE – Last Birthday (Years) | 6b. UNDER 1 YEAR | | 6c. UNDER 1 DAY | |
|---|---|---|---|---|---|
| | 34 | MONTHS | DAYS | HOURS | Min. |

| 7a. LOCATION OF DEATH (Enter place officially pronounced dead in 7a, 7b, 7c) HOSPITAL OR OTHER INSTITUTION – Name (If not in either, give street and number and zip code) | 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| South Haven Community Hospital | South Haven | Van Buren |

| 8a. CURRENT RESIDENCE – STATE | 8b. COUNTY | 8c. LOCALITY (check the box that describes the location) CITY OR VILLAGE (inside limits of)   TOWNSHIP x   UNINCORPORATED PLACE | 8d. STREET AND NUMBER (include ZIP, No. If applicable) |
|---|---|---|---|
| Michigan | Van Buren | South Haven | 17442 Blue Star Hwy. |

| 8e. ZIP CODE | 9. BIRTHPLACE (City and State or Country) | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION – What is the highest degree or level of school completed at the time of death? |
|---|---|---|---|
| 49090 | South Haven MI | ███████ | 2 Yrs College |

| 12. RACE – American Indian, White, Black, etc. (If Asian, give nationality, e.g., Chinese, Filipino, Asian Indian, etc.) (Enter all that apply) | 13a. ANCESTRY – Mexican, Cuban, Arab, African, English, French, Dutch, etc. (Enter all that apply) If American Indian race, enter principal tribe | 13b. HISPANIC ORIGIN (Yes or No) | 14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES (Yes or No) |
|---|---|---|---|
| White | German/Scotish | N/R | No |

| 15. USUAL OCCUPATION Give kind of work done during most of working life. Do not use retired | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) | 18. NAME OF SURVIVING SPOUSE (If wife, give name before married) |
|---|---|---|---|
| Assistant Manager | Rent Way | Divorced | |

**PARENTS**

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| David Carl Boothby | Marie Henry |

**INFORMANT**

| 21a. INFORMANT'S NAME (Type/Print) | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, Zip Code) |
|---|---|---|
| Marie Atwood | N/R | ███████ |

**DISPOSITION**

| 22. METHOD OF DISPOSITION – Burial, Cremation, Entombment, Donation, Removal, Storage (Specify) | 23a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other location) | 23b. LOCATION – City or Village, State |
|---|---|---|
| Burial | Lake View Cemetery | South Haven MI |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER (of Licensee) | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| /s/Jeffrey P. Filbrandt | 6279 | Calvin Starks Frost 365 Center, South Haven MI 49090 |

**CERTIFICATION**

| 27a. CERTIFIER (Check only one) | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON (Month, Day, Year) | 28c. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☐ Certifying Physician – To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☑ Medical Examiner – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 3:16 A.M. | Apr. 26, 1998 | N/R |
| Signature and Title  /s/David Millard, MD | 29. MEDICAL EXAMINER CONTACTED? (Yes or No) Yes | 30. PLACE OF DEATH (Home, Hospice, Nursing Home, Hospital, Ambulance) (Specify) Hospital | 31. IF HOSPITAL, Inpatient, Outpatient, Emergency Room, DOA (Specify) Emer Room |

| 27b. DATE SIGNED (Month, Day, Year) | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER (If applicable) | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) |
|---|---|---|---|
| May 5, 1998 | 020780 | | |

| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN (Type or Print) |
|---|
| Dr. David Millard, MD ███████ |

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED (Month, Day, Year) |
|---|---|
| /s/Shirley K. Jackson | May 11, 1998 |

**CAUSE OF DEATH**

| 36. PART I. Enter the chain of events – diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line. | Approximate Interval Between Onset and Death |
|---|---|
| If diabetes was an immediate underlying or contributing cause of death, be sure to complete the diabetes line in Part I or Part II of the cause of death section, as appropriate. a. Miltiple Blunt Trauma to Chest Primarily DUE TO (OR AS A CONSEQUENCE OF) | Secs – Mins. |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) b. DUE TO (OR AS A CONSEQUENCE OF) | |
| Sequentially list conditions, if ANY, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST c. DUE TO (OR AS A CONSEQUENCE OF) d. | |

| 36. PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I. | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? Yes  No  Probably  Unknown | 38. IF FEMALE Not pregnant within past year  Pregnant at time of death  Not pregnant, but pregnant within 42 days of death  Not pregnant, but pregnant 43 days to 1 year before death  Unknown if pregnant within the past year |
|---|---|---|

| 39. MANNER OF DEATH – Accident, Suicide, Homicide, Natural, Undetermined, Pending (Specify) | 40a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|---|
| Homicide | Yes | Yes |

**MEDICAL EXAMINER**

| 41a. DATE OF INJURY (Month, Day, Year) | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| Apr. 26, 1998 | 2:24 A.M. | Pedestrian Struck by Automobile |

| 41d. INJURY AT WORK (Yes or No) | 41e. PLACE OF INJURY – At home, farm, street, construction site, wooded area, etc. (Specify) | 41f. IF TRANSPORTATION INJURY, Driver/Operator, Passenger, Pedestrian, etc. (Specify) | 41g. LOCATION Street or RFD No. | City, Village or Twp. | State |
|---|---|---|---|---|---|
| No | Highway | Pedestrian | 31000 Block of Blue Star Hwy, Casco Twp, MI | | |

B02591669

VRHDSS11 (12/12) Authority: MCL 333.2882

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**